No. 69094.—B. Altman & Co. *v.* United States, protests 59/25436, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of print rollers similar in all material respects to those the subject of *D. M. Studner* v. *United States* (50 Cust. Ct. 149, C.D. 2404), the claim of the plaintiff was sustained.